UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EDWARD J. BIVENS, JR. and DEBORAH J. BIVENS, husband and wife,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>RON HOOVER COMPANIES OF HOUSTON, INC., a Texas corporation, and R-VISION, Inc., an Indiana corporation,<br><br>　　　　　Defendants. | NO. CV-04-0386-LRS<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

　　Pursuant to the stipulation of the parties (Ct. Rec. 63) filed June 8, 2006, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

　　The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

　　**DATED** this 15th day of June, 2006.

　　　　　　　　　　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE WITH PREJUDICE